THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* PATRICK MONACO, Appellant.

Argued October 9, 1944; decided November 30, 1944.

868

*Per Curiam.* It was error for the trial court to charge, as a matter of law, that Katz was not an accomplice of the defendant. That was a question, on the record here presented, for the jury.

The judgments should be reversed and a new trial ordered.

LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ., concur.

Judgments reversed, etc.